# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PERCY CORNISH

VERSUS

NOLAN FONTENOT, ET AL

NO.  2021 CW 0151

APRIL 22, 2021

---

In Re:   Progressive Security Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 667,758.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT